IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RONALD SMOLNIK and DOLLY SMOLNIK, | ) ) ) | |
| Plaintiffs, | ) ) | 8:04CV401 |
| vs. | ) ) | ORDER |
| THOMAS VAN DYKE and SUE VAN DYKE, \individually, and THOMAS VAN DYKE and SUE VAN DYKE d/b/a RANCH MOTEL AND STORAGE, | ) ) ) ) ) ) | |
| Defendants. | ) | |

These matters are before the court on the plaintiffs' Motion in Limine or in the Alternative Alter Dates to the Progression Order by Enlarging Time (Filing No. 90), Motion to Take Videotaped Deposition of Plaintiff, Ronald Smolnik (Filing No. 91), and Motion to Enlarge Time to Continue Trial Date Set Forth in Court's Progression Order (Filing No. 95). Upon consideration,

**IT IS ORDERED:**

A telephone conference with the undersigned magistrate judge will be held on **October 3, 2005, at 11:00 a.m. Central Standard Time** for the purpose of reviewing the pending motions. Counsel for the plaintiffs shall initiate the telephone conference.

DATED this 26th day of September, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge