IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RONALD SMOLNIK AND DOLLY SMOLNIK, | ) ) ) | CASE NO. 8:04CV00401 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| THOMAS VAN DYKE AND SUE VAN DYKE, INDIVIDUALLY, AND THOMAS VAN DYKE AND SUE VAN DYKE D/B/A RANCH MOTEL AND STORAGE, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

THIS MATTER coming before the Court on Plaintiffs Motion For an Enlargement of Time (Filing No. 105) in which to respond to Defendants' Motion for Summary Judgment. Just cause for the Motion being demonstrated and there being no objection hereto by the Defendants, the Court finds that Plaintiffs Motion For Enlargement of Time should be granted.

IT IS THEREFORE ORDERED that Plaintiff shall file opposition documents for Summary Judgment on or before **December 8, 2005**.

Dated this 2nd day of November, 2005.

                      BY THE COURT:

                      s/ Joseph F. Bataillon
                      JOSEPH F. BATAILLON
                      UNITED STATES DISTRICT JUDGE