# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE | ) | **GENERAL ORDER** |
| | ) | |
| **ASSIGNMENT OF CASE TO** | ) | **No. 2006-9** |
| **THE HONORABLE ROBERT T. DAWSON** | ) | |

      With the concurrence of Chief Circuit Judge James B. Loken, United States District Judges Joseph F. Bataillon, and Robert T. Dawson,

      IT IS ORDERED:

1. Effective immediately, the following case is reassigned from Judge Bataillon to Judge Dawson for the purposes of trial:

   **8:04CV401 Smolnik, et al., v. Van Dyke, et al.**

2. The magistrate judge assignment will remain unchanged.

3. The above case will be called for trial in Courtroom #4 in the Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska on **October 23, 2006.**

DATED 30th day of August, 2006.

                                                   BY THE COURT:

                                                   **s/ Joseph F. Bataillon**
                                                   Chief Judge