IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

DOLLY SMOLNIK, et al                                        PLAINTIFF

   V.                          NO. 8:04CV401

THOMAS VAN DYKE, et al                                      DEFENDANT

<u>NOTICE</u>

Please take notice that the above styled case is scheduled for a PRE TRIAL CONFERENCE on **MONDAY, OCTOBER 23, 2006 AT 4:00PM**, before the Honorable Robert T. Dawson, in the Roman L. Hruska United States Courthouse, 111 S. 18th Plaza, Courtroom #4, Omaha, Nebraska.  Further, the JURY TRIAL will begin with voir dire at **9:00AM on TUESDAY, OCTOBER 24, 2006.**

Dated this 25th day of September, 2006.

                        AT THE DIRECTION OF THE COURT

                        CHRISTOPHER R. JOHNSON, CLERK

                        By:  /s/ Holly Porter
                             Deputy Clerk

To:  All counsel of record

cc:  U.S. Clerk