IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOLLY SMOLNIK, PERSONAL REPRESENTATIVE OF THE ESTATE OF RONALD SMOLNIK, AND DOLLY SMOLNIK, | ) ) ) ) ) | 8:04CV401 |
| Plaintiffs, | ) ) | ORDER TO WITHDRAW EXHIBITS |
| vs. | ) ) ) | OR TO SHOW CAUSE WHY EXHIBITS SHOULD NOT BE DESTROYED |
| THOMAS VAN DYKE AND SUE VAN DYKE, INDIVIDUALLY AND THOMAS VAN DYKE AND SUE VAN DYKE D/B/A RANCH MOTEL AND STORAGE, | ) ) ) ) ) ) | |
| Defendants. | ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for Plaintiffs and Defendants shall either 1) withdraw the following exhibits previously submitted in this matter within 10 business days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

All Trial Exhibits - Date of Trial 10/24-25/06

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 11th day of January, 2007.

s/ Lyle E. Strom
United States District Judge

clerk\proc\forms\Exhibits-Order to Withdraw or OSC Destroy.wpd
Approved: 10/27/06